**SYNQOR, INC., Plaintiff–Appellee,**

v.

**ARTESYN TECHNOLOGIES, INC. and ASTEC America, Inc., Defendants–Appellants,**

and

**Bel Fuse, Inc., Defendant–Appellant,**

and

**Cherokee International Corp. and Lineage Power Corp., Defendants–Appellants,**

and

**Delta Electronics, Inc., Delta Products Corp., Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., Murata Power Solutions, Inc., and Power–One, Inc., Defendants–Appellants.**

Nos. 2011–1191, 2011–1192, 2011–1193, 2011–1194.

United States Court of Appeals, Federal Circuit.

Feb. 1, 2011.

Donald R. Dunner, Finnegan, Henderson, Farabow, Washington, DC, Robert J. McAughan Jr., Jeffrey A. Andrews, Locke, Lord Bissell & Liddell, LLP, Houston, TX, Erik R. Puknys, Finnegan, Henderson, Farabow, Palo Alto, CA, Steven N. Williams, Kennedy, Clark &

Williams, P.C., Dallas, TX, Avin Sharma, Vasquez Benisek & Lindgren, LLP, Lafayette, CA, Alan D. Smith, Fish & Richardson, P.C., Boston, MA, for Defendants–Appellants.

Constantine L. Trela Jr., Thomas D. Rein, Robert N. Hochman, Sidley Austin LLP, Chicago, IL, Michael D. Hatcher, Sidley Austin LLP, Dallas, TX, for Plaintiff–Appellee.

Before LINN, Circuit Judge.

## ON MOTION

## ORDER

Bel Fuse submits a motion for a stay, pending appeal, of the injunction entered by the United States District Court for the Eastern District of Texas.

Upon consideration thereof,

IT IS ORDERED THAT:

SynQor, Inc. is directed to respond no later than February 7, 2011. The injunction is temporarily stayed to the extent that it applies to products specified on page 13 of Bel Fuse's motion that Bel Fuse asserts are sold to Cisco Systems, Inc., pending this court's consideration of the papers submitted.